UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH J. MITAN,

    Plaintiff,                                    Civil Action No. 10-CV-13286

vs.                                              HON. BERNARD A. FRIEDMAN

FEDERAL HOME LOAN
MORTGAGE CORP.,

    Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        This matter is presently before the court on defendant's motion for summary judgment [docket entry 12]. Magistrate Judge Mark A. Randon has submitted a report and recommendation ("R&R") in which he recommends that defendant's motion be granted. Neither party has filed objections to the R&R and the time for doing so has expired. The court has reviewed the file and the R&R. The magistrate judge has correctly analyzed the issues, his recommendation is sound, and no party objects. Accordingly,

        IT IS ORDERED that Magistrate Judge Randon's R&R is hereby accepted and adopted as the findings and conclusions of the court.

        IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

                                                          S/Bernard A. Friedman____
Dated: October 12, 2011                BERNARD A. FRIEDMAN
      Detroit, Michigan               SENIOR UNITED STATES DISTRICT JUDGE